IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

CARLOS JAVIER CHAVEZ AVILA,

Petitioner,

vs.

PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and WARDEN OF MCCOOK WORK ETHICS CAMP,

Respondents.

**8:25CV729**

**ORDER**

This matter is hereby set for hearing on Petitioner's Petition for Writ of Habeas Corpus for **January 8, 2026, at 10:00 AM in Courtroom 3**, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, NE before Senior Judge Joseph F. Bataillon.

Defendants are ordered to produce Petitioner for the hearing in person in accordance with 28 U.S.C. § 2243.

IT IS SO ORDERED.

Dated this 31st day of December, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge