IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CARLOS JAVIER CHAVEZ AVILA,<br><br>Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; DEPARTMENT OF HOMELAND SECURITY, TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; IMMIGRATION AND CUSTOMS ENFORCEMENT, DAVID EASTERWOOD, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; and WARDEN OF MCCOOK WORK ETHICS CAMP,<br><br>Respondents. | 8:25CV729<br><br>JUDGMENT |

In accordance with the Memorandum and Order entered on today's date, judgment is hereby entered in favor of the Petitioner and against the Respondents.

Dated this 8th day of January, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge